UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.       CASE NO.: 8:12-cv-2681-T-23TBM

WILD FISH NIGHTCLUB, LLC, et al.,

    Defendants.

_____/

## **ORDER**

On February 11, 2014, United States Magistrate Judge McCoun issued a report and recommendation. More than seventeen days has passed without objection. The report and recommendation (Doc. 43) is **ADOPTED**. The motion (Doc. 35) for default judgment is **GRANTED IN PART**. The clerk is directed (1) to enter judgment in favor of the plaintiff and against Jennifer Hensel, Timothy Stokes, and Wild Fish Nightclub, LLC, n/k/a Wild Fish Partners, LLC, joint and severally in the amount of $9,907.55 and (2) to close the case.

ORDERED in Tampa, Florida, on March 20, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE